UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SAMAR CHATTERJEE,

    *Plaintiff*,

v.

DISTRICT OF COLUMBIA et al.,

    *Defendants*.

Civil Action No. 23-3548 (TJK)

## SHOW CAUSE ORDERED BY THE COURT

Now comes Samar Chatterjee, Pro Se, in compliance with the order of this Court dated Jan 27, 2025 to show cause that this court has subject matter jurisdiction over claims made in his First Amended Complaint dated Aug 5, 2024. Plaintiff will now clearly show that there are so many federal causes of action required in this case.

U.S. Dept of Treasury (a Federal Agency) seized Plaintiff's funds based on an illegal order from the Mayor of DC. The Federal Agency refused to conduct required due diligence despite repeated request to verify the legality of Mayor's order. Thus, the Federal Agency was involved in conspiracy and collusion with the Mayor to seize funds illegally and knowingly. The Plaintiff seeks action and penalty against the Federal Agency for not doing its job as per the Federal Law.

When Mayor of DC knowingly issues an illegal and false order to US Treasury, Mayor's agents are lying to a Federal Agency, and making a False Statement that requires a criminal referral under the US Federal Laws. This is certainly a matter of Federal jurisdiction.

Furthermore, Mayor's agents have paid back the illegally seized funds by the U.S. Dept of Treasury only after this Lawsuit was filed. But, the

Page - 1 of 3

RECEIVED
FEB 10 2025
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Mayor's refusal to pay interest on the illegally withheld funds can be interpreted as a claim that interest is payable by the US Treasury since the funds were held by the Federal Agency. Hence, the Plaintiff is now claiming that the US Treasury should pay the interest for wrongfully holding the funds based on an illegal order.

The US Treasury was informed and warned several times by the Plaintiff that they had seized the funds based on illegal order. Yet, this Federal Agency refused to do due diligence and release the funds to Plaintiff; this is certainly a violation of Federal Laws relating to Civil and Human Rights. Thus, there is a need to determine the responsibility of this US Agency in illegally withholding the funds from the Plaintiff. This is for sure a matter of Federal jurisdiction. Plaintiff is therefore now seeking the permission of this Court to amend my Complaint to address this important and related issue pertaining to the original complaint.

This Court has also claimed that the payment of the illegally seized funds could have been the jurisdiction of the DC Courts. In an ideal world, this would be true if the Mayor and her agents were honest and law abiding. In fact, Mayor's agents blatantly ignored the DC Admin Judge's orders and refused to address it for many months till I filed this lawsuit. Mayor's agents showed more respect for this Court than their own courts. Hence, they suddenly decided to pay the illegally seized funds only after this case summons were served.

Thus, this Court has already had an impact on the Mayor's wrongdoers. The purpose of this Complaint was to bring the Civil Rights violations by the Mayor to this Federal court. That is a justified Federal jurisdiction of this case. We also now see that DC Mayor is colluding with the US Dept of Treasury to violate with impunity the Civil Rights of the Plaintiff. To prevent such violations, this Complaint should invoke the redress in the Federal courts. Hence the justification for federal justification.

Based on the above arguments and details, the Plaintiff has clearly shown that this case should be litigated in the Federal jurisdiction, so that the Defendants in this case do not operate with impunity to cheat and violate the Civil Rights of the Plaintiff and others in future. In order to get to the bottom of this Complaint, we must also demand from the US Dept of Treasury as to how long they held these funds and when did they transfer them to the DC Mayor. This process can only occur in the Federal Courts and hence the need for Federal jurisdiction in resolving the issues at the heart of this Complaint.

Submitted to this Honorable Court:                    Feb 10, 2025

*Samar Chatterjee*

Samar Chatterjee, Plaintiff ProSe, 2301 E St NW, Unit A210, DC 20037

**DETAILS OF SERVICE:**
THIS DOCUMENT HAS BEEN SERVED ON THE FOLLOWING BY US MAIL BY DEPOSITING addressed envelope on Feb 10, 2025 in a DC mailbox at zip code 20037:

1. Mayor of DC, 1350 Pennsylvania Ave NW, Washington, DC 20004. Phone: 202-727-2643.

2. US Dept of Treasury, 1500 Pennsylvania Ave NW, Washington, DC 20220. Phone: 800-304-3107.

3.

Done by Samar Chatterjee, Plaintiff: *Samar Chatterjee*